No. 431. HOEY, DOING BUSINESS AS MIDLAND SERVICE Co. v. UNITED STATES ET AL.

 October 23, 1939. *Per Curiam:* The motion for a stay is denied. The decree is affirmed. *Interstate Commerce Comm'n* v. *Union Pacific R. Co.,* 222 U. S. 541, 547–548; *Los Angeles Switching Case,* 234 U. S. 294, 311–312; *United States* v. *American Tin Plate Co.,* 301 U. S. 402, 411. *Mr. Lloyd C. Whitman* for appellant. *Messrs. Daniel W. Knowlton* and *Edward M. Reidy* for appellees.